IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SARA NICHOLSON, : | |
| : | |
| Plaintiff, : | |
| : | Social Security Appeal |
| v. : | No. 3:12-CV-71 (CAR) |
| : | |
| CAROLYN W. COLVIN, : | |
| Acting Commissioner of Social Security, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 15] to reverse the decision of the Commissioner of Social Security under Sentence Four of 42 U.S.C. § 405(g), and to remand this case to the Commissioner for further action as specifically set forth in the Recommendation. Defendant does not object to the Recommendation, and the time to do so has passed. Having reviewed the Report and Recommendation, this Court agrees with the findings and conclusions of the Magistrate Judge. Thus, the Recommendation [Doc. 15] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. This case is hereby **REVERSED and REMANDED** for further proceedings pursuant to Sentence Four of § 405(g), in accordance with the Magistrate Judge's Recommendation.

**SO ORDERED,** this 21st day of June, 2013.

S/  C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

BBP